IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| EBAY INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:08-cv-4015 HFB |
| IDT CORP., IDT TELECOM, INC., UNION TELECARD ALLIANCE, LLC, and NET2PHONE, INC., | § § § § § | Jury |
| Defendants. | § § § | |

**NET2PHONE, INC.'S ANSWER TO PLAINTIFF'S AMENDED COUNTERCLAIMS**

Defendant Net2Phone, Inc. ("Net2Phone") hereby answers the counterclaims filed by Plaintiff eBay Inc. ("eBay") as follows:

## PARTIES

1. Net2Phone is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in paragraph 1 and therefore denies the same.

2. Net2Phone admits the allegations of paragraph 2.

3. Net2Phone admits the allegations of paragraph 3.

## JURISDICTION AND VENUE

4. Net2Phone admits the allegations of paragraph 4.

5. Net2Phone admits the allegations of paragraph 5.

6. Net2Phone admits the allegations of paragraph 6.

7. Net2Phone admits that this Court has personal jurisdiction over Net2Phone with respect to eBay's counterclaims.

8. Net2Phone admits the allegations of paragraph 8.

9. Net2Phone denies the allegations of paragraph 9.

10. Net2Phone denies the allegations of paragraph 10.

11. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Net2Phone has contemporaneously filed a motion to dismiss eBay's counterclaim of inequitable conduct for failure to state a claim upon which relief can be granted.

Net2Phone denies that eBay is entitled to any and all of the relief sought in the WHEREFORE CLAUSE or any of its subparts.

eBay did not allege that Defendants IDT Corporation, IDT Telecom, Inc., or Union Telecard Alliance, LLC are subject to its counterclaims, nor could it. However, to the extent that any of the allegations in eBay's counterclaims are directed to these entities, they deny those allegations.

Except as expressly admitted herein, the allegations in eBay's counterclaims are denied.

## PRAYER FOR RELIEF

WHEREFORE, Net2Phone respectfully prays for the following relief:

A. That this Court deny any and all relief requested by eBay in its counterclaims;

B. That eBay's counterclaims be dismissed with prejudice;

C. That this Court grant such other and further relief to Net2Phone as this Court may deem just and equitable and as the Court deems appropriate and necessary.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Net2Phone requests a jury trial on all claims and issues so triable.

                                            Respectfully submitted,

Dated: December 12, 2008　　　　　　　　*/s/* Vandana Koelsch

Damon Young (AR Bar No. 64050)　　　　Alan M. Fisch
dyoung@youngpickettlaw.com　　　　　　afisch@kayescholer.com
John Pickett (AR Bar No. 86142)　　　　Coke Morgan Stewart
jpickett@youngpickettlaw.com　　　　　cstewart@kayescholer.com
YOUNG, PICKETT & LEE　　　　　　　　Vandana Koelsch
4122 TX Boulevard　　　　　　　　　　vkoelsch@kayescholer.com
P.O. Box 1897　　　　　　　　　　　　KAYE SCHOLER LLP
Texarkana, Texas 75503 (*75504)　　　　The McPherson Building
Telephone: 903-794-1303　　　　　　　 901 Fifteenth Street, NW
Facsimile: 903-792-5098　　　　　　　 Washington, DC 20005
　　　　　　　　　　　　　　　　　　Telephone: 202-682-3500
　　　　　　　　　　　　　　　　　　Facsimile: 202-682-3580

　　　　　　　　　　　　　　　　　　Joseph M. Drayton
　　　　　　　　　　　　　　　　　　jdrayton@kayescholer.com
　　　　　　　　　　　　　　　　　　KAYE SCHOLER LLP
　　　　　　　　　　　　　　　　　　425 Park Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10022-3598
　　　　　　　　　　　　　　　　　　Telephone: 212-836-8000
　　　　　　　　　　　　　　　　　　Facsimile: 212-836-8689

　　　　　　　　　　　　　　　　　　Alan M. Grayson
　　　　　　　　　　　　　　　　　　grayson@graysonlaw.net
　　　　　　　　　　　　　　　　　　Victor A. Kubli
　　　　　　　　　　　　　　　　　　kubli@graysonlaw.net
　　　　　　　　　　　　　　　　　　Kathleen G. Dussault
　　　　　　　　　　　　　　　　　　dussault@graysonlaw.net
　　　　　　　　　　　　　　　　　　Anthony R. Curro
　　　　　　　　　　　　　　　　　　curro@graysonlaw.net
　　　　　　　　　　　　　　　　　　GRAYSON & KUBLI, P.C.
　　　　　　　　　　　　　　　　　　8605 Westwood Center Drive, Suite 410
　　　　　　　　　　　　　　　　　　Vienna, VA 22182
　　　　　　　　　　　　　　　　　　Telephone: 703-749-0000
　　　　　　　　　　　　　　　　　　Facsimile:  703-442-8672

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants IDT Corporation,*
　　　　　　　　　　　　　　　　　　*IDT Telecom, Inc., Union Telecard Alliance,*
　　　　　　　　　　　　　　　　　　*LLC, and Net2Phone, Inc.*

**CERTIFICATE OF SERVICE**

   I, hereby certify that on December 12, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Nicholas H. Patton
nickpatton@texarkanalaw.com
Geoffrey P. Culbertson
gpc@texarkanalaw.com
PATTON, TIDWELL & SCHROEDER, L.L.P.
P.O. Box 5398
Texarkana, Texas 75505-5398

Morgan Chu
mchu@irell.com
Samuel K. Lu
slu@irell.com
Andrei Iancu
aiancu@irell.com
Alan J. Heinrich
aheinrich@irell.com
Benjamin Wang
bwang@irell.com
Eric B. Hanson
ehanson@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067

Babak Redjaian
bredjaian@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660

Patricia L. Peden
ppeden@pedenlawfirm.com
LAW OFFICES OF PATRICIA L. PEDEN
2901 Christie Ave., Suite 201
Emeryville, CA 94608

*Attorneys for Plaintiff eBay*

Dated: December 12, 2008    */s/* Vandana Koelsch